DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

PATRICK K. O'BRIEN (CABN 292470)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    FAX: (415) 436-7234
    Patrick.OBrien@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> LOIS SANDOVAL, <br>     Defendant. | **CASE NO. 3:19-CR-00527-WHO** <br><br> **UNITED STATES' MOTION TO DISMISS AND ORDER** |

**ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss Count One of the above-captioned indictment and the forfeiture allegation against defendant Lois Sandoval. The charge against defendant Sandoval is hereby ordered dismissed without prejudice. This order does not affect Count Two, which is alleged against co-defendant Ronny Dixson in this case.

IT IS SO ORDERED.

Dated: October 23, 2019

HON. WILLIAM H. ORRICK
United States District Judge